# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2020

160508(20)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

COREY MANNING,
     Defendant-Appellant.

SC: 160508
COA: 348967
Wayne CC: 95-012837-FC

_____/

On order of the Court, the motion for reconsideration of this Court's March 27, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



a0720

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2020



Clerk